IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED DEC 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | No. CR-F-06-224-AWI |
| vs. | ORDER EXONERATING BOND |
| JOSE DUEL LOPEZ LOMBERO | |
| Defendant. | |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

( ) The defendant's passport is ordered returned:

(XX) The property bond posted is exonerated and reconveyed: Deed #2006-0093317.

DATED: 12-29-09

ANTHONY W. ISHII
Chief U.S. District Judge

9/26/96 exonbnd.frm

1